IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAJA BARRIE                                    :
                                               :          CIVIL ACTION
        v.                                     :          NO. 17-30
                                               :
PROGRESSIVE SPECIALTY INSURANCE   :
COMPANY, et al.                                :

## **ORDER**

And NOW this 28th of March, 2017, upon consideration of the plaintiff Haja Barrie's

motion to remand, Dkt. No. 8, and the response from defendants Progressive Specialty Insurance

Company and Megan Carrier, Dkt. No. 11, plaintiff's motion is GRANTED.  This case shall be

REMANDED to the Court of Common Pleas for Philadelphia County.  The Clerk of Court is

directed to mail a certified copy of the Order of remand to the Clerk of the Court of Common

Pleas for Philadelphia County forthwith.


                            _____*s/Thomas N. O'Neill, Jr.*_____
                            THOMAS N. O'NEILL, JR., J.